STATE v. MILLER
    No. 40 PC.

    Case below: 16 N.C. App. 1.

    Petition for writ of certiorari to North Carolina Court of Appeals allowed 8 November 1972.

STATE v. PARKER
    No. 54 PC.

    Case below: 16 N.C. App. 165.

    Petition for writ of certiorari to North Carolina Court of Appeals denied 8 November 1972.

STATE v. TAYLOR
    No. 49 PC.

    Case below: 16 N.C. App. 122.

    Petition for writ of certiorari to North Carolina Court of Appeals denied 8 November 1972.

STATE v. THOMPSON
    No. 53 PC.

    Case below: 15 N.C. App. 416.

    Petition for writ of certiorari to North Carolina Court of Appeals denied 8 November 1972.

TAYLOR v. UNIVERSITY
    No. 50 PC.

    Case below: 16 N.C. App. 117.

    Petition for writ of certiorari to North Carolina Court of Appeals denied 8 November 1972.